UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 12-cv-2613 SRN/JJK

| | |
|---|---|
| Sidney Coleman,<br><br>       Plaintiff,<br><br>v.<br><br>Brachfeld Law Group, P.C.,<br><br>       Defendant. | **STIPULATION FOR ENTRY OF FINAL JUDGMENT** |

**TO THE ABOVE HONORABLE COURT:**

The parties hereto stipulate to the immediate entry of a final judgment in favor of the Plaintiff, and against the Defendant, in the amount of $6,496.00, said amount being as and for $2,001.00 payable to the Plaintiff for statutory damages under the Fair Debt Collection Practices Act, and $4,495.00 payable to Plaintiff's attorney for reasonable fees and costs incurred herein.

The parties respectfully ask that the Court enter an order and final judgment consistent with this stipulation, forthwith.

                                                            Respectfully submitted,

Dated: October 3, 2013              **BARRY & HELWIG, LLC**

                                                            By:  **s/Peter F. Barry**
                                                            Peter F. Barry, Esq.
                                                            Attorney I.D.#0266577

          2701 University Ave SE, Suite 209
Minneapolis, Minnesota 55414-3236
Telephone: (612) 379-8800
Facsimile: (612) 379-8810
pbarry@lawpoint.com

**Attorney for Plaintiff**

DATE: October 3, 2013        **MOSS & BARNETT, P.A.**

By: **s/Michael S. Poncin**
Michael S. Poncin, #296417
James R. Bedell, #351544
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 877-5000
Facsimile: (612) 877-5999
poncinm@moss-barnett.com
bedellj@moss-barnett.com
*Attorneys For Defendant*

pfb/ra