UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 12-cv-2613 SRN/JJK

| | |
|---|---|
| Sidney Coleman,<br><br>    Plaintiff,<br><br>v.<br><br>Brachfeld Law Group, P.C.,<br><br>    Defendant. | **ORDER** |

**ORDER**

Based upon and consistent with the Stipulation For Entry of Final Judgment [Docket # 9] filed by the parties,

IT IS HEREBY ORDERED that a final judgment in favor of the Plaintiff, and against the Defendant, in the amount of $6,496.00, shall be entered herein.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: October 3, 2013                s/Susan Richard Nelson
                                      The Honorable Susan Richard Nelson
                                      Judge of United States District Court